UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DEBRA HITSMAN,

    Plaintiff,

v.

    Case No. 1:18-cv-410

    HONORABLE PAUL L. MALONEY

EASTERN MANAGEMENT GROUP, LLC, et al.,

    Defendants.
_____/

## ORDER OF PARTIAL DISMISSAL

This Court having sent to counsel for Plaintiff a Notice of Impending Dismissal (ECF No. 9) and having heard no response:

NOW THEREFORE, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, this matter is hereby **DISMISSED** without prejudice as to Defendants Eastern Management Group, LLC, Danelle S. Bou, and Danette Z. Adelstein.

**IT IS SO ORDERED**.

Dated: July 12, 2018　　　　　　　　　　　　　　　　　/s/ Paul L. Maloney
　　　　　　　　　　　　　　　　　　　　　　　　　　Paul L. Maloney
　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge